UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

TIMOTHY N. HATTON,               )
                                 )
            Petitioner,          )
                                 )
      v.                         )        No. 1:21-cv-02376-RLY-TAB
                                 )
WARDEN,                          )
                                 )
            Respondent.          )

**ORDER FOR PETITIONER TO SHOW CAUSE**

Timothy Hatton is an Indiana prisoner. He brings this habeas petition challenging his disciplinary conviction in Case No. NCF 21-07-0122. According to his disciplinary records, he lost privileges for 15 days but did not lose credit time or receive a demotion in credit-earning class. *See* dkt. 1-1, p. 4.

"[I]n all habeas corpus proceedings under 28 U.S.C. § 2254, the successful petitioner must demonstrate that he 'is in custody in violation of the Constitution or laws or treaties of the United States.'" *Brown v. Watters*, 599 F.3d 602, 611 (7th Cir. 2010) (quoting 28 U.S.C. § 2254(a)). "It is the custody itself that must violate the Constitution. Accordingly, prisoners who are not seeking earlier or immediate release are not seeking habeas corpus relief." *Washington v. Smith*, 564 F.3d 1350, 1350 (7th Cir. 2009). In other words, "a habeas corpus petition must attack the fact or duration of one's sentence; if it does not, it does not state a proper basis for relief." *Id.* Typically, in the context of prison disciplinary proceedings, this means that to be considered "in custody," the petitioner must have been deprived of good-time credits, *Cochran v. Buss,* 381 F.3d 637, 639 (7th Cir. 2004) (per curiam), or of credit-earning class, *Montgomery v. Anderson,* 262 F.3d 641, 644-45 (7th Cir. 2001). When such a sanction is not imposed, the prison disciplinary officials are "free to use any procedures it chooses, or no procedures at all." *Id.* at 644.

Mr. Hatton is not "in custody" for purposes of this habeas petition. He has through **October 1, 2021**, to show cause why the petition should not be dismissed. Failure to meet this deadline will result in the dismissal of the action without further warning. Because he has already paid the $5.00 filing fee, his motion for pauper status, dkt. [2], is **DENIED as moot**.

**IT IS SO ORDERED**.

Date:    9/17/2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

TIMOTHY N. HATTON
231193
NEW CASTLE – CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362